James Eldridge PHILLIPS *v.* STATE of Arkansas

CR 95-379                                    896 S.W.2d 890

Supreme Court of Arkansas
Opinion delivered May 1, 1995

*Robert Meurer*, for appellant.

No response.

■ PER CURIAM. The appellant, James Eldridge Phillips, has filed a motion for rule on the clerk. His attorney, Robert Meurer, failed to give timely notice of appeal, and, as a result, the clerk has refused to file the transcript. We will treat this acknowledgment as a motion for belated appeal and grant the motion. A copy of this opinion will be forwarded to the Committee on Professional Conduct. *See Harkness* v. *State*, 264 Ark. 561, 572 S.W.2d 835 (1978).